# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2074
LT Case No. 2012-CF-001711-A

_____

JOSHUA RASHAAD DAVIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for
Appellant.

No Appearance for Appellee.

September 10, 2024

PER CURIAM.

    AFFIRMED. *See King v. State*, 259 So. 3d 317, 318–19 (Fla. 1st
DCA 2018).

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____